**Exhibit 1**

Spreadsheet produced by USDA FSIS on May 1, 2019, in response to a request for "Any records identifying the 40 swine slaughter plants the agency expected to opt into the New Swine  Slaughter Inspection System" (FOIA-2018-00213, item 18).

| establishmentid | PrimaryEstablishmentNumber | HACCPProcessingSize | establishmentNumber | District | Circuit | AddressLine1 | City | State | NSIS | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 2478 | M85B | Large | M85B | 50 | 5007 | 8295 Arenzville Road | Beardstown | IL | HIMP | |
| 2979 | M1620 | Large | M1620 | 25 | 2531 | 711 Hormel Century Parkway | Austin | MN | HIMP | |
| 3247 | M199N | Large | M199N+P4240 | 15 | 1516 | 900 S. Platte Ave. | Fremont | NE | HIMP | Grant of Inspection withdrawn on 12/3/2018 |
| 5118 | M360 | Large | M360+P360 | 05 | 0503 | 3049 E. Vernon Avenue | Vernon | CA | HIMP | |
| 6408 | M791 | Large | M791+P791+V791 | 60 | 6060 | 2700 Clemens Road | Hatfield | PA | HIMP | |
| 6164220 | M46491 | Large | M46491+P46491 | 15 | 1516 | 900 South Platte Ave. | Fremont | NE | HIMP | Grant of Inspection approved on 11/29/2018 |
| 557 | M242 | Large | M242+P6685 | 85 | 8521 | One Packer Ave. | Greenwood | SC | Will Convert | |
| 560 | M413 | Large | M413 | 80 | 8005 | 424 East Railroad Street | Clinton | NC | Will Convert | |
| 645 | M6720 | Small | M6720 | 80 | 80NC | 6657 King Street | Falcon | NC | Will Convert | |
| 728 | M18079 | Large | M18079+P27232 | 80 | 8005 | 15855 Hwy 87 West | Tar Heel | NC | Will Convert | |
| 1891 | M818 | Small | M818+V818 | 50 | 5011 | 4413 W. Bogart Rd | Sandusky | OH | Will Convert | |
| 1892 | M995 | Large | M995 | 90 | 9011 | 1200 Story Avenue | Louisville | KY | Will Convert | |
| 2224 | M221A | Large | M221A+P9932 | 80 | 8019 | 601 N. Church Street | Smithfield | VA | Will Convert | |
| 2484 | M244I | Large | M244I | 50 | 5023 | 2125 S. County Road 125 West | Logansport | IN | Will Convert | |
| 2506 | M717M | Large | M717M | 50 | 5005 | 1220 North 6th Street | Monmouth | IL | Will Convert | |
| 2675 | M17496 | Small | M17496 | 50 | 5033 | 7931 North 700 East | Tippecanoe | IN | Will Convert | |
| 2679 | M17564 | Large | M17564 | 50 | 5033 | 6755 West 100 North | Delphi | IN | Will Convert | |
| 2713 | M19185 | Small | M19185 | 50 | 5007 | 6194 W. Pines Rd | Mt Morris | IL | Will Convert | |
| 2936 | M17D | Large | M17D+P7613+V17D | 25 | 2535 | 1400 North Weber Avenue | Sioux Falls | SD | Will Convert | |
| 2951 | M3W | Large | M3W+V3W | 25 | 2506 | 1700 Highway 60 NE | Worthington | MN | Will Convert | |
| 3228 | M85O | Large | M85O+P17775+V85O | 25 | 2509 | 600 South Iowa Avenue | Ottumwa | IA | Will Convert | |
| 3234 | M244 | Large | M244+V244 | 25 | 2525 | 1009 Richland Street | Storm Lake | IA | Will Convert | |
| 3235 | M244L | Large | M244L+V244L | 25 | 2505 | 16198 Highway 70 North | Columbus Junction | IA | Will Convert | |
| 3236 | M244P | Large | M244P+V244P | 25 | 2518 | 13500 I Court | Perry | IA | Will Convert | |
| 3239 | M3S | Large | M3S+V3S | 25 | 2505 | 402 North Tenth Avenue | Marshalltown | IA | Will Convert | |
| 3251 | M244M | Large | M244M | 15 | 1528 | 1200 Industrial Parkway | Madison | NE | Will Convert | |
| 3252 | M244W | Large | M244W | 25 | 2529 | 501 N. Elk Run Road | Waterloo | IA | Will Convert | |
| 3272 | M717 | Large | M717+P19051+V717 | 25 | 2518 | 800 Industrial Drive | Denison | IA | Will Convert | |
| 3274 | M717CR | Large | M717CR+P717CR | 15 | 1516 | 2223 County Road I | Crete | NE | Will Convert | |
| 3527 | M20748 | Small | M20748+V20748 | 25 | 2506 | 826 Main street | Boyden | IA | Will Convert | |
| 3537 | M320M | Large | M320M+V320 | 35 | 3506 | 22123 Highway 5 | Milan | MO | Will Convert | |
| 3907 | M13597 | Large | M13597+V13597 | 40 | 4013 | 2700 NE 28th Street | Guymon | OK | Will Convert | |
| 4427 | M19789 | Small | M19789+P19789 | 40 | 4027 | 5428 FM 69 | Como | TX | Will Convert | |
| 5932 | M226 | Small | M226+P4863+V226 | 15 | 1507 | 2072 Orchard Drive East | Twin Falls | ID | Will Convert | |
| 6710 | M9520 | Small | M9520+P9520 | 60 | 6060 | 266 West Cherry Lane | Souderton | PA | Will Convert | |
| 8103 | M21069 | Small | M21069 | 25 | 2506 | 108 1st Avenue South | Hospers | IA | Will Convert | |
| 8183 | M21651 | Small | M21651 | 50 | 5013 | 8372 N. 12000 East Rd. | Grant Park | IL | Will Convert | |
| 9256 | M31559 | Small | M31559 | 50 | 5007 | 205 Turner Drive | Rantoul | IL | Will Convert | |
| 9879 | M31965 | Large | M31965+V31965 | 35 | 3506 | 5302 Stockyards Expressway | St Joseph | MO | Will Convert | |
| 123433 | M44844 | Small | M44844 | 50 | 5005 | 108 Harvestore Dr. | DeKalb | IL | Will Convert | |
| 6162663 | M51241 | Small | M51241 | 35 | 3510 | 5305 Highway H | Pleasant Hope | MO | Will Convert | |