**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| FARM SANCTUARY, *et al.,* | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 6:19-cv-6910-EAW |
| U.S. DEPARTMENT OF AGRICULTURE, *et al.,* | ) | **NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |
| Defendants. | ) | |

**NOTICE OF MOTION AND MOTION TO DISMISS
PLAINTIFFS' FIRST AMENDED COMPLAINT**

Please take notice that Defendants respectfully move the Court to dismiss this case because

the Court lacks subject matter jurisdiction. *See* Fed. R. Civ. P. 12(b)(1). Defendants explain the

grounds for this motion in their supporting memorandum of law.

Please also take notice that Defendants may wish to file and serve reply papers. Therefore,

Plaintiffs' responding papers must be filed and served at least eight business days before the

motion's return date. *See* L.R. Civ. P. 7(a)(1).

Dated: March 13, 2020

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ERIC R. WOMACK
Assistant Branch Director

*/s/ Bradley Craigmyle*
BRADLEY CRAIGMYLE (IL 6326760)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW

1

Washington, DC 20005
Tel: (202) 616-8101
Fax: (202) 616-8460
Email: bradley.t.craigmyle@usdoj.gov

PRERAK SHAH
Deputy Assistant Attorney General
Environment & Natural Resources Division

SEAN C. DUFFY (NY 4103131)
Trial Attorney
Natural Resources Section
150 M Street NE
Washington, DC 20002
Ph: (202) 305-0445
Fax: (202) 305-0556
sean.c.duffy@usdoj.gov

*Counsel for Defendants*