

JESSICA L. BLOME
P.O. Box 8055
Berkeley, CA 94710
Phone: (510) 900-9502
Email: jblome@greenfirelaw.com
www.greenfirelaw.com

November 22, 2021

*By Electronic Mail*

Hon. Judge Marian W. Payson
U.S. District Court for the W.D. New York
Rochester, New York
payson@nywd.uscourts.gov

      **RE:**   **Farm Sanctuary, et al. v. United States Department of Agriculture, et al.
Case No. 19-CV-6910W**

Dear Judge Payson:

    On November 2, 2022, the court entered a Scheduling Order in the above-referenced matter, which includes several deadlines related to finalizing the administrative record. In paragraph 2 of the order, the court orders the plaintiffs to file any motions challenging the adequacy of the administrative record on or before January 14, 2022, but in paragraph 3, the order requires that the parties jointly file a proposed briefing schedule by January 7. The parties may not be ready to file a briefing schedule by January 7 because their motions challenging the record are not due until the following week. I have conferred with counsel for the United States Department of Agriculture regarding this discrepancy, and the parties agree that the January 7 date should be moved to February 7, 2022. The parties ask that the court make that correction in the docket.

    Thank you.

Sincerely,

*Jessica L. Blome*

Jessica L. Blome
Greenfire Law, PC

Request granted.
SO ORDERED.

*Marian W. Payson*

Marian W. Payson,
United States Magistrate Judge
November 23, 2021