UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

FARM SANCTUARY, et al.,

                           Plaintiffs,             MOTION SCHEDULING ORDER

     v.                                         19-CV-6910

UNITED STATES DEPARTMENT OF
AGRICULTURE, et al.,

                           Defendants.
_____

A motion to stay (# 70) having been filed on February 16, 2022, by plaintiffs in the above-captioned case, it is hereby

ORDERED, that any responding papers submitted in connection with this motion must be filed and served on or before **March 8, 2022, with a courtesy copy of such filing to be provided to the Court**; and it is further

ORDERED, that the time for service and the content of papers must be in accordance with Local Rules of Civil Procedure, Rules 7 and 5.1 **(papers not in compliance will not be considered)**; and it is further

ORDERED, that **oral argument** will be heard before the undersigned on **March 16, 2022**, at **2:00 p.m.**, and **will be held by telephone**.  Dial-in instructions will be emailed to counsel prior to oral argument.

**IT IS SO ORDERED.**

                                                            _s/Marian W. Payson_
                                                          MARIAN W. PAYSON
                                                 United States Magistrate Judge

Dated:  Rochester, New York
          February 17, 2022