# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| FARM SANCTUARY, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Case No. 19-cv-06910-EAW-MWP |
| THOMAS VILSACK, in his official capacity as Secretary of Agriculture, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) ) | |

## STIPULATED MOTION TO MODIFY BRIEFING SCHEDULE

On June 9, 2022, this Court approved the parties' joint stipulated briefing schedule for the parties' cross-motions for summary judgment. ECF No. 83. Plaintiffs, with the stipulated consent of Defendants, now respectfully request that the Court modify the summary judgment briefing schedule in this case to grant a 30-day extension of Plaintiffs' July 20, 2022, deadline to file Plaintiffs' summary judgment motion, with approximately commensurate extensions for the remaining deadlines on the schedule. Plaintiffs submit that good cause exists for this request because Plaintiffs' lead counsel contracted Covid 19 on June 7 and experienced lingering symptoms and a related-eye infection that lasted until early July, affecting her vision and ability to work, and because undersigned counsel for Plaintiffs has been occupied with competing obligations in other litigation matters as a result of that infection. The requested modification will not affect any other proceedings in this matter, as this case is expected to be resolved by way of the parties' cross-motions for summary judgment. On July 14, 2022, Plaintiffs conferred with Defendants regarding this request, and Defendants agreed to the requested extension and modification of the schedule.

Accordingly, the parties propose the following modified briefing schedule for the Court's approval:

- August 22, 2022: Plaintiffs' deadline to file Plaintiffs' Motion for Summary Judgment not to exceed forty (40) pages.
- October 28, 2022: Defendants' deadline to file a combined Opposition to Plaintiffs' Motion and Cross-Motion for Summary Judgment not to exceed sixty (60) pages
- November 30, 2022: Plaintiffs' deadline to file a combined Reply in support of Plaintiffs' Motion and Opposition to Defendants' Cross-Motion not to exceed forty (40) pages.
- January 12, 2023: Defendants' deadline to file a Reply in support of their Cross-Motion not to exceed twenty (20) pages

The parties further propose that any hearing on the motions, if necessary, be set by the Court at its convenience.

Dated: July 15, 2022,

Respectfully submitted,

<u>/s/ Jessica L. Blome</u>
Jessica L. Blome
Greenfire Law PC
P.O. Box 8055
Berkeley, CA 94707
(510) 900-9502
jblome@greenfirelaw.com
*Attorney for Plaintiffs*

<u>/s/ Holly Bainbridge</u>
Holly Bainbridge
Animal Legal Defense Fund
525 East Cotati Avenue
Cotati, CA 94931
hbainbridge@aldf.org

*Attorneys for Plaintiff Animal Legal Defense Fund*

Sarah Hanneken
Animal Equality
8581 Santa Monica Blvd. Ste. 350
Los Angeles, CA 90063

        sarahh@animalequality.org
        *Attorney for Plaintiff Animal Equality*


        BRIAN M. BOYNTON
        Principal Deputy Assistant Attorney General

        ERIC R. WOMACK
        Assistant Branch Director

        */s/ M. Andrew Zee*
        M. ANDREW ZEE (CA 272510)
        Attorney
        U.S. Department of Justice
        Civil Division, Federal Programs Branch
        450 Golden Gate Avenue
        San Francisco, CA 94102
        Tel: (415) 436-6646
        Email: m.andrew.zee@usdoj.gov
        *Counsel for Defendants*

**It is ORDERED that the modified briefing schedule proposed above for cross-motions for summary judgment is approved.**

_____        **Dated: July __, 2022**

**Hon. Marian Payson**
**Chief Judge**
**United States District Court**