**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| FARM SANCTUARY, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **Plaintiffs' Notice of Motion and** |
| v. | ) | **Motion for Summary Judgment** |
| | ) | |
| U.S. Department of Agriculture, *et al.*, | ) | Case No. 6:19-cv-6910-EAW-MWP |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

PLEASE TAKE NOTICE that Plaintiffs Farm Sanctuary, Animal Equality, Animal Legal

Defense Fund, Animal Outlook, Center for Biological Diversity, Mercy for Animals, Inc., and

North Carolina Farmed Animal Save, respectfully move the Court for summary judgment.

Pursuant to the Court's June 9, 2022, scheduling order (DKT 83) as modified by the Court's July

18, 2022 order (DKT 85), Plaintiffs' motion is supported by the memorandum of law in support

of this motion and the administrative record filed in this case (DKT 58–60, 65). Local Rule of

Civil Procedure 56(a) and its requirement to file an annexed statement of material facts has been

waived by all parties per the Court's June 9, 2022 order (DKT 83).

Dated: August 22, 2022

Respectfully submitted,

*/s/ Jessica L. Blome*
Jessica L. Blome
Greenfire Law, PC
Of Counsel to the Animal Law Litigation Clinic
of the Lewis & Clark Law School
P.O. Box 8055
Berkeley, CA 94707
jblome@greenfirelaw.com
*Attorneys for Plaintiffs*

Holly Bainbridge (admitted pro hac vice)
Cristina Stella
Animal Legal Defense Fund

525 East Cotati Avenue
Cotati, CA 94931
hbainbridge@aldf.org
cstella@aldf.org
*Attorneys for Plaintiff Animal Legal Defense*
*Fund*

*Hannah Connor*
*Center for Biological Diversity*
*1411 K St. NW, Suite 1300*
*Washington, D.C. 20005*
*hconnor@biologicaldiversity.org*
*Attorneys for Plaintiffs*

Sarah Hanneken
Animal Equality
8581 Santa Monica Blvd. Ste. 350
Los Angeles, CA 90063
sarahh@animalequality.org
*Attorney for Plaintiff Animal Equality*