## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| _____ ) | |
| FARM SANCTUARY, *et al.,*  ) | |
| ) | |
| Plaintiffs,  ) | |
| ) | |
| v.  ) | Case No. 19-cv-06910-EAW-MWP |
| ) | |
| THOMAS VILSACK, in his official capacity ) | |
| as Secretary of Agriculture, *et al.,*  ) | |
| ) | |
| Defendants.  ) | |
| _____ ) | |

### STIPULATED MOTION TO MODIFY BRIEFING SCHEDULE

On July 18, 2022, this Court approved the parties' modification to the joint stipulated briefing schedule for the parties' cross-motions for summary judgment. ECF No. 85. Plaintiffs, with the stipulated consent of Defendants, now respectfully request that the Court modify the summary judgment briefing schedule in this case due to holiday schedules, a competing summary judgment briefing deadline in another case for Plaintiffs' counsel, and a competing deadline of Defendants' counsel in a recently-filed preliminary injunction motion in another case.  The parties submit that good cause exists for this request because both parties' counsel have multiple competing deadlines for briefing in other cases that conflict with this case. The requested modification will not affect any other proceedings in this matter, as this case is expected to be resolved by way of the parties' cross-motions for summary judgment. Beginning Thursday, October 6, 2022, Plaintiffs conferred with Defendants regarding this request, and Defendants agreed to the requested extension and modification of the schedule.

Accordingly, the parties propose the following modified briefing schedule for the Court's approval:

- November 10, 2022: Defendants' deadline to file a combined Opposition to Plaintiffs' Motion and Cross-Motion for Summary Judgment not to exceed sixty (60) pages.

- January 19, 2023: Plaintiffs' deadline to file a combined Reply in support of Plaintiffs' Motion and Opposition to Defendants' Cross-Motion not to exceed forty (40) pages.

- March 3, 2023: Defendants' deadline to file a Reply in support of their Cross-Motion not to exceed twenty (20) pages.

The parties further propose that any hearing on the motions, if necessary, be set by the Court at its convenience.

Dated: October 12, 2022,    Respectfully submitted,

*/s/ Jessica L. Blome*
Jessica L. Blome
Greenfire Law PC
P.O. Box 8055
Berkeley, CA 94707
(510) 900-9502
jblome@greenfirelaw.com
*Attorney for Plaintiffs*

/s/ *Holly Bainbridge*
Holly Bainbridge
Animal Legal Defense Fund
525 East Cotati Avenue
Cotati, CA 94931
hbainbridge@aldf.org

*Attorneys for Animal Legal Defense Fund*

Hannah Connor
Center for Biological Diversity
1411 K St. NW, Suite 1300
Washington, D.C. 20005
hconnor@biologicaldiversity.org
*Attorneys for Plaintiffs*

Sarah Hanneken
Animal Equality
8581 Santa Monica Blvd. Ste. 350
Los Angeles, CA 90063
sarahh@animalequality.org
*Attorney for Animal Equality*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRAD P. ROSENBERG
Assistant Branch Director

*/s/ M. Andrew Zee*
M. ANDREW ZEE (CA 272510)
Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
450 Golden Gate Avenue
San Francisco, CA 94102
Tel: (415) 436-6646
Email: m.andrew.zee@usdoj.gov
*Counsel for Defendants*


**It is ORDERED that the modified briefing schedule proposed above for cross-motions for summary judgment is approved.**


_____          **Dated: October  __, 2022**
**Marian Payson**
**United States Magistrate Judge**
**United States District Court**