## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NEW YORK

_____

)
FARM SANCTUARY, *et al.,*              )
)
         Plaintiffs,         )
)
         v.              )     Case No. 6:19-cv-6910-EAW-MWP
)
U.S. DEPARTMENT OF         )
AGRICULTURE, *et al.,*          )
)
         Defendants.     )
_____)

## DEFENDANTS' NOTICE OF CROSS-MOTION AND
## CROSS-MOTION FOR SUMMARY JUDGMENT

Please take notice that Defendants, the U.S. Department of Agriculture; the Food Safety and Inspection Service; and Paul Kiecker, in his official capacity as Administrator of the Food Safety and Inspection Service, respectfully move the Court for summary judgment on all claims asserted in Plaintiffs' First Amended Complaint. *See* Fed. R. Civ. P. 56. Defendants explain the grounds for this motion in their supporting memorandum of law, and have additionally submitted a proposed order.

Dated: November 18, 2022              Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRAD P. ROSENBERG
Assistant Branch Director

*/s/ M. Andrew Zee*
M. ANDREW ZEE (CA 272510)
Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
450 Golden Gate Avenue
San Francisco, CA 94102
Tel: (415) 436-6646
Email: m.andrew.zee@usdoj.gov

*Counsel for Defendants*