# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NEW YORK

FARM SANCTUARY, *et al.*,

    Plaintiffs,

v.

U.S. DEPARTMENT OF AGRICULTURE, *et al.*,

    Defendants.

Case No. 6:19-cv-6910-EAW-MWP

## [PROPOSED] ORDER

Upon consideration of Defendants' Cross-Motion for Summary Judgment and all materials in the record, and good cause appearing, it is hereby

ORDERED that Defendants' cross-motion for summary judgment is granted;

ORDERED that Plaintiffs' motion for summary judgment is denied; and it is further

ORDERED that judgment be entered for Defendants on all claims asserted in Plaintiffs' First Amended Complaint.

SO ORDERED.

Date:

Hon. Elizabeth A. Wolford
Chief Judge