# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FARM SANCTUARY, et al.,<br><br>    Plaintiffs,<br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, et al.,<br><br>    Defendants. | Civil Action No. 6:19-CV-06910<br><br>**NOTICE OF APPEAL** |

  Notice is hereby given that Farm Sanctuary, Animal Equality, Animal Legal Defense Fund, and Animal Outlook, plaintiffs in the above-named case, hereby appeal on all issues to the United States Court of Appeals for the Second Circuit from the final judgment entered in this action on the 13th day of December 2023.

  Respectfully submitted this 12th day of February 2024,

          <u>*/s/ Jessica L. Blome*</u>
          Jessica L. Blome
          Greenfire Law PC
          2748 Adeline Street, Suite A
          Berkeley, CA 94703
          (510) 900-9502
          jblome@greenfirelaw.com

          *Attorneys for Plaintiffs/Appellants Farm Sanctuary, Animal Equality, and Animal Outlook*

          <u>*/s/ Larissa U. Liebmann*</u>
          Larissa U. Liebmann
          Animal Legal Defense Fund
          525 East Cotati Avenue
          Cotati, CA 94931
          lliebmann@aldf.org
          *Attorney for Plaintiff/Appellant Animal Legal Defense Fund*

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that I filed the foregoing Notice of Appeal with the Clerk of the Court for the United States District Court for the Western District of New York using the CM/ECF system. I further certify that I served a true and correct copy of the foregoing NOTICE OF APPEAL on the date indicated below by:

✓ electronic filing notification.

I further certify that said copy was delivered as indicated above and addressed to said attorneys at the addresses listed below:

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
JULIE STRAUS HARRIS
Assistant Branch Director
HANNAH M. SOLOMON-STRAUSS
(New York Bar No. 5693890)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street N.W.
Washington, D.C. 20005
Telephone: (202) 616-8198
Facsimile: (202) 616-8470
E-mail: hannah.m.solomon-strauss@usdoj.gov

*Counsel for Defendants/Appellees*

Dated:  February 12, 2024

                                        */s Jessica L. Blome*
                                        Jessica L. Blome (CA Bar No. 314898)
                                        Greenfire Law, PC